HBSC Bank USA, N.A.. v Dubyna (2025 NY Slip Op 05375)

HBSC Bank USA, N.A.. v Dubyna

2025 NY Slip Op 05375

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

658 CA 24-00362

[*1]HBSC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR THE REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-4, PLAINTIFF-RESPONDENT,
v
PETER D. DUBYNA, JR., ALSO KNOWN AS PETER DUBYNA, JR., DEFENDANT-APPELLANT, ET AL., DEFENDANTS. (APPEAL NO. 2.) ——————————————————————————- DR. RASHAD KHAN, THIRD-PARTY INTERVENOR. 

WOODRUFF LEE CARROLL P.C., SYRACUSE (WOODRUFF L. CARROLL OF COUNSEL), FOR DEFENDANT-APPELLANT.
HINSHAW & CULBERTSON LLP, NEW YORK CITY (JASON J. OLIVERI OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 
SMITH DOMINELLI & GUETTI, LLC, ALBANY (JAY A. SMITH OF COUNSEL), FOR THIRD-PARTY INTERVENOR. 

 Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered January 17, 2024, in a mortgage foreclosure action. The order, inter alia, upheld and validated a foreclosure and sale held on June 6, 2022. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Chendo O. , 175 AD2d 635, 635 [4th Dept 1991]).
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court